## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RICKY ASHLEY, ADC #099718C**                                   **PETITIONER**

**v.**                          **Case No. 4:20-cv-00770-KGB**

**DEXTER PAYNE, Director of the Arkansas**
**Department of Correction**                                  **RESPONDENT**

### ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney on July 1, 2020 (Dkt. No. 3). In his Recommended Disposition, Judge Kearney recommends that petitioner Ricky Ashley's petition for a writ of *habeas corpus* be dismissed. Mr. Ashley has timely filed objections to Judge Kearney's Recommended Disposition (Dkt. No. 4). After careful consideration of the Recommended Disposition and Mr. Ashley's objections thereto, as well as a *de novo* review of the record, the Court finds no reason to alter or reject Judge Kearney's conclusions.

Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 3). The Court grants Mr. Ashley's motion for leave to proceed *in forma pauperis* (Dkt. No. 1) and dismisses, without prejudice, Mr. Ashley's petition for a writ of *habeas corpus* (Dkt. No. 2). The Clerk of Court is directed not to file any future *habeas* petitions submitted by Mr. Ashley without prior approval from the judge to whom the case is assigned. Finally, the Court denies a Certificate of Appealability. 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing Section 2254 Cases in the United States District Courts.

It is so ordered this 27th day of January, 2021.

Kristine G. Baker
United States District Judge