THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY ASHLEY, ADC #099718C**                                                    **PETITIONER**

v.                               Case No. 4:20-cv-00770-KGB

**DEXTER PAYNE, Director of the Arkansas**
**Department of Correction**                                                       **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Ricky Ashley's petition for a writ of *habeas corpus* is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2021.

_____
Kristine G. Baker
United States District Judge